**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VINCENT LARRY PETRO, | ) Case No.:  2:20-cv-05716-JC |
| Plaintiff, | ) ORDER AWARDING EQUAL |
| | ) ACCESS TO JUSTICE ACT |
| v. | ) ATTORNEY FEES AND EXPENSES |
| | ) PURSUANT TO 28 U.S.C. § 2412(d) |
| KILOLO KIJAKAZI[1], | ) AND COSTS PURSUANT TO 28 |
| Acting Commissioner of Social | ) U.S.C. § 1920 |
| Security, | ) |
| Defendant | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,300.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:    August 26, 2021

                                        /s/
                        HONORABLE JACQUELINE CHOOLJIAN
                        UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi, the Acting Commissioner of Social Security, is substituted in as the Defendant pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.